UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIM. NO. 3:02CR325(AWT) |
| DENNIS SMITH : | MAY 22, 2005 |

**REQUEST FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

The defendant, Dennis Smith, hereby requests leave to file the accompanying document under seal. In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

Respectfully submitted,

THE DEFENDANT,
DENNIS SMITH

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: MAY 22, 2005

Paul F. Thomas
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct01724
(203) 498-4200

CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Request for Leave to File Document Under Seal has been mailed to Anthony Kaplan, Assistant United States Attorney, United States Courthouse, P.O. Box 1824, New Haven, CT 06508; and to Jennifer Amato, United States Probation Officer, 450 Main Street, Hartford, CT 06103, on this 23rd day of May 2005.

Paul F. Thomas