UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIM. NO. 3:02CR325(AWT) |
| DENNIS SMITH : | JUNE 6, 2005 |

## WAIVER OF RIGHT TO SPEEDY SENTENCING

I, Dennis Smith, hereby waive my rights to a speedy sentencing in the above-captioned matter, and respectfully request that sentencing be continued from June 3, 2005 until on or after August 5, 2005.

_____     05/27/05
Dennis Smith                        Date

_____     6/6/05
Paul F. Thomas                      Date
Asst. Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510
(203) 498-4200
Bar No. ct05450

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing WAIVER OF SPEEDY SENTENCING has been mailed to Anthony Kaplan, Assistant United States Attorney, United States Courthouse, P.O. Box 1824, New Haven, CT 06508; and to Jennifer Amato, United States Probation Officer, 450 Main Street, Hartford, CT 06103, on this 6th day of May 2005.

_____
Paul F. Thomas