UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIM. NO. 3:02CR325(AWT) |
| DENNIS SMITH | : | JULY 15, 2005 |

**REQUEST FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

    The defendant, Dennis Smith, hereby requests leave to file the accompanying document under seal. In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

    Respectfully submitted,

    THE DEFENDANT,
    DENNIS SMITH

    THOMAS G. DENNIS
    FEDERAL DEFENDER

Dated: JULY 15, 2005    /s/
_____
Paul F. Thomas
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct01724
(203) 498-4200

CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing Request for Leave to File Document Under Seal has been mailed to Anthony Kaplan, Assistant United States Attorney, United States Courthouse, P.O. Box 1824, New Haven, CT 06508; and to Jennifer Amato, United States Probation Officer, 450 Main Street, Hartford, CT 06103, on this 15th day of July 2005.

    /s/
_____
Paul F. Thomas