UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2005 JUL 18  A 11: 23

UNITED STATES OF AMERICA      :

vs.                          :      CRIMINAL NO. 3:02CR325(AWT)

DENNIS SMITH                  :      July 15, 2005

## MOTION ON CONSENT TO CONTINUE SENTENCING

The defendant, Dennis Smith, hereby moves to continue sentencing in this matter from August 3, 2005 to a date on or about November 3, 2005. In support of this motion, the defendant states:

1. On November 15, 2002, the defendant waived indictment and pled guilty to an information that alleged bribery, in violation of 18 U.S.C. §201(b)(2).

2. On that same date, the defendant and the government executed a cooperation agreement, pursuant to which the defendant has cooperated in the investigation of another individual involved in the bribery scheme.

3. The government's investigation of that other individual has not been completed and sentencing has been postponed several times to allow both the government and Mr. Smith the benefit of the cooperation agreement before sentencing in this case.

4. A further continuance is in the mutual interest of the defendant and the government as it will permit the defendant to complete his cooperation before being sentenced.

5. The defendant is released on bond pending sentencing.

6. Counsel for the government consents to the granting of this motion.

7. Mr. Smith will execute and file a waiver of his right to speedy sentencing for the period of August 3, 2005 through November 3, 2005.

Extension GRANTED. The sentencing is rescheduled to November 3, 2005, at 3:00 p.m. It is so ordered.

Alvin ... Thompson, U.S.D.J.
Hartford, CT 9/7/05