UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIM. NO. 3:02CR325(AWT) |
| DENNIS SMITH : | OCTOBER 19, 2005 |

### REQUEST FOR LEAVE
### TO FILE DOCUMENT UNDER SEAL

The defendant, Dennis Smith, hereby requests leave to file the accompanying document under seal. In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

Respectfully submitted,

THE DEFENDANT,
DENNIS SMITH

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: OCTOBER 19, 2005

_____
Paul F. Thomas
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct01724
(203) 498-4200

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Request for Leave to File Document Under Seal has been mailed to Anthony Kaplan, Assistant United States Attorney, United States Courthouse, P.O. Box 1824, New Haven, CT 06508; and to Jennifer Amato, United States Probation Officer, 450 Main Street, Hartford, CT 06103, on this 19th day of October 2005.

_____
Paul F. Thomas