UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2006 APR 20 A 10: 35

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:02CR325(AWT) |
| DENNIS SMITH | : | April 18, 2006 |

## MOTION ON CONSENT TO CONTINUE SENTENCING

The defendant, Dennis Smith, hereby moves to continue sentencing in this matter from May 4, 2006 to a date on or about June 5, 2006. In support of this motion, the defendant states:

1. On November 15, 2002, he waived indictment and pled guilty to an information that alleged bribery, in violation of 18 U.S.C. §201(b)(2).

2. On that same date, the defendant and the government executed a cooperation agreement, pursuant to which the defendant provided information about another individual involved in the bribery scheme.

3. The government's investigation of that other individual has now been completed and led to a guilty plea in that matter: <u>United States v. David Wakefield</u>, No. 3:05cr307(AWT). Mr. Wakefield is scheduled to be sentenced on May 1, 2006, and Mr. Smith may be needed as a witness at that proceeding.

4. The requested continuance is in the interests of justice and the mutual interest of the defendant and the government as it will permit the Court to impose sentence after Mr. Smith has fulfilled his obligations under the cooperation agreement and it will permit the undersigned counsel to then prepare and file an appropriate sentencing brief.

5. The defendant is released on bond pending sentencing.

6. Counsel for the government consents to the granting of this motion.

- 2 -

Respectfully submitted,

THE DEFENDANT,
DENNIS SMITH

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: April 18, 2006

Paul F. Thomas
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT  06510
Bar No. ct01724
(203) 498-4200

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Motion to Continue Sentencing has been mailed to Anthony Kaplan, Assistant United States Attorney, United States Courthouse, P.O. Box 1824, New Haven, CT 06508; and to Jennifer Amato, United States Probation Officer, 450 Main Street, Hartford, CT 06103, on this 18th day of April, 2006.

Paul F. Thomas