UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIM. NO. 3:02CR325(AWT) |
| DENNIS SMITH | : | JUNE 23, 2006 |

### REQUEST FOR LEAVE
### TO FILE DOCUMENT UNDER SEAL

    The defendant, Dennis Smith, hereby requests leave to file the accompanying document under seal. In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

Respectfully submitted,

THE DEFENDANT,
DENNIS SMITH

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: JUNE 23, 2006

Paul F. Thomas
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct01724
(203) 498-4200

### CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing Motion has been mailed to Anthony Kaplan, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, and to Jennifer Amato, U.S. Probation Officer, 450 Main Street, Hartford, CT 06604 on this 23rd day of June 2006.

Paul F. Thomas