| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 3:02CR00325(AWT) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR06-50116-PHX-MHM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| DENNIS SMITH<br>704 E. Megan<br>Chandler, AZ 85225 | CONNECTICUT | INSERT OFFICE HERE |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Alvin W. Thompson, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/06/06 — TO 7/05/09 |

**OFFENSE**

Bribery of Public Officials and Witnesses, in violation of 18 U.S.C. § 201

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 25, 2006
Date — United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12 Oct. '06
Effective Date — United States District Judge